IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID DILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:03cv00407 SWW |
| | * | |
| | * | |
| | * | |
| GENERAL AMERICAN LIFE | * | |
| INSURANCE COMPANY and | * | |
| GENAMERICA FINANCIAL | * | |
| CORPORATION, | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| GENERAL AMERICAN LIFE | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Counter-claimant, | * | |
| | * | |
| vs. | * | |
| | * | |
| | * | |
| | * | |
| DAVID DILL, | * | |
| | * | |
| Counter-defendant. | * | |

## ORDER

By Memorandum and Order entered July 23, 2008 ("Memorandum and Order") [doc.#111], this Court granted a motion of plaintiff David Dill ("Dill") to enforce a supersedeas bond that General American Life Insurance Company ("General American") had secured to cover the amount of the judgment, plus interest.[1]  Following this Court's decision, counsel for

---

[1] The procedural history related to today's Order is set forth in the Memorandum and Order.

Dill sent a letter to the Clerk's Office dated July 28, 2008 asking that this Court's Memorandum and Order be served upon the surety. The Court notes, however, that General American has appealed this Court's Memorandum and Order to the Court of Appeals for the Eighth Circuit and has filed with that court a motion to stay. That motion has been referred to a panel of judges for the Eighth Circuit. As the Eighth Circuit is currently considering the propriety of this Court ordering the principals and surety on the bond to fully satisfy their bond obligations in favor of Dill "forthwith," the Court will hold in abeyance all matters concerning enforcement of the supersedeas bond pending the Eighth Circuit's ruling on General American's motion to stay. Accordingly, the Court directs the Clerk of Court to hold off on serving the surety pursuant to Fed.R.Civ.P. 65.1 pending further order.[2]

IT IS SO ORDERED this 1st day of August 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[2] Dill may, of course, present this or other related matters to the Eighth Circuit for consideration along with General American's motion to stay. Dill also is not precluded from filing appropriate motions with this Court concerning General American's and the surety's bond obligations (which to date remain unsatisfied) that may be justified following the Eighth Circuit's decision.